IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **MICHELE F. O'BRYAN**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 12 C 5305 |
| | ) | |
| **POSTRACK TECHNOLOGIES, INC.**, **DONALD HEIDRICH**, **MARK AUBRY**, **WILLIAM WASHBURN** and **STEVEN GONZALO**, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| **POSTRACK TECHNOLOGIES, INC.**, | ) | |
| | ) | |
| Counter-Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **MICHELE F. O'BRYAN** and **DOUGLAS SPITZ**, | ) | |
| | ) | |
| Counter and Third-Party Defendants. | ) | |

**MEMORANDUM ORDER**

PosTrack Technologies, Inc. ("PosTrack"), one of the defendants in this action brought by Michele O'Bryan ("O'Bryan"), has coupled its Second Amended Answer to O'Bryan's Complaint with counterclaims against O'Bryan and Douglas Spitz ("Spitz," who is not otherwise a party to this litigation). Spitz has responded with a self-prepared Answer that does not deal in specific terms with PosTrack's allegations. Instead he flatly "den[ies] all allegations (General Denial) inclusive of jurisdiction." What he does state in detail is a total absence of contacts on his part

with Illinois, except for "traveling twice to the PosTrack office in Illinois as an employee."

This Court will treat Spitz' filing as a motion for his dismissal under Fed. R. Civ. P. 12(b)(2). PosTrack is ordered to file a submission on or before January 17, 2013 that supports haling Virginia resident Spitz into this jurisdiction to address its claims against him. If it does not do so in timely fashion, Spitz will be dismissed as a third-party defendant, but if it does provide a response this Court will determine what further proceedings are appropriate as to Spitz.

_____
Milton I. Shadur
Senior United States District Judge

Date: January 8, 2013