IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MICHELE F. O'BRYAN,
        Plaintiff,

v.                      Case No. 12 C 5305

POSTRACK TECHNOLOGIES, INC.,
et al.,
        Defendants.

MEMORANDUM ORDER

This Court's January 8, 2013 memorandum order ("Order") directed PosTrack Technologies, Inc. ("PosTrack") in its capacity as counter-plaintiff "to file a submission on or before January 17, 2013 that supports haling Virginia resident [Douglas] Spitz into this jurisdiction to address its claims against him." Because PosTrack has not done so, this Court--as the Order had foreshadowed--dismisses Spitz as a third-party defendant.

                                      Milton I. Shadur
                                      Senior United States District Judge

Date: January 30, 2013