# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| MICHELE F. O'BRYAN,        ) | |
| ) | Case No.:12-cv-5305 |
| Plaintiff,        ) | |
| ) | Magistrate Judge: Sheila Finnegan |
| v.        ) | (By Consent) |
| ) | |
| POSTRACK TECHNOLOGIES, INC.,        ) | |
| DONALD HEIDRICH, MARK AUBRY,        ) | |
| WILLIAM WASHBURN, and STEVEN        ) | |
| GONZOLO,        ) | |
| ) | |
| Defendants.        ) | |

## MOTION FOR ENTRY OF FINAL JUDGMENT
## AGAINST DEFENDANTS AUBRY AND HEIDRICH

Now comes the Plaintiff, MICHELE F. O'BRYAN, by her attorney, pursuant to the confidential binding settlement entered into before this Court, hereby moves this Court to enter a final judgment in her favor and against Defendants Aubry and Heidrich in the amounts of $20,000 and $25,000, respectively. In support thereof, Plaintiff states:

1. On July 21, 2014, all appearing parties attended a settlement conference before the Honorable Sheila Finnegan. At this settlement conference, Plaintiff and each of the appearing Defendants entered into binding settlements, with the settlement being memorialized on the record at Dkt #: 101.[1]

2. All parties also agreed to consent to Magistrate Judge Finnegan to enforce the settlement agreements and all other matters concerning this litigation. See Dkt: ## 101, 102, 104 and 106.

---

[1] Per the Court's Order, the parties subsequently memorialized the settlement in writing. Counsel for Plaintiff will bring these confidential written memorializations of the settlement to the presentment hearing in the event the Court would like to review them in addition to the settlement transcript. (The agreements are confidential and may be filed only "to the extent necessary to enforce its terms.")

1

3. The Settlements required Aubry and Heidrich to pay settlement sums to Plaintiff within 30 days of the settlement (by August 21, 2014), and further stated that if the two Defendants did not timely make such payment, this Court would enter a judgment in Plaintiff's favor and against Aubry in the amount of $20,000 and against Heidrich in the amount of $25,000.

4. Neither Aubry nor Heidrich have made the settlement payments. See O'Bryan Declaration attached at Exhibit A.

WHEREFORE, Plaintiff prays that this Court:

A. Enter a final, enforceable order of judgment in favor of Plaintiff and against Defendant Aubry in the amount of $20,000 and against Defendant Heidrich in the amount of $25,000;

B Award such further relief as this Court deems necessary and just to enforce the terms of the Settlements.

Respectfully submitted,

/s/ John O'Bryan
Attorney for Plaintiff

John O'Bryan
Freeborn & Peters LLP
311 S. Wacker Dr., Suite 3000
Chicago, IL 60606
312-360-6580